FIRM I.D. 42258     ECW/MVD/mmr     F:/TC/87500/Notices/NOM for Mt to Strike RTA 11-30-07.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JUAN CARLOS CANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  06 C 5447 |
| | ) | |
| CICERO POLICE OFFICER HERRIG, | ) | Honorable Judge Blanche M. Manning |
| CICERO SERGEANT POLK and the | ) | |
| TOWN OF CICERO, | ) | Judge Michael T. Mason, Magistrate |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   **VIA ECF FILING**          **VIA REGULAR MAIL (Non ECF Participant)**
       Attorneys of Record         Mr. Michael Oppenheimer
                                   Civil Rights Center, PC
                                   4554 North Broadway
                                   Chicago, Illinois 60640

On **December 05, 2007 at 9:00 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Michael T. Mason** or any Judge sitting in his stead, in the courtroom usually occupied by him in **Room 2214** at the United States District Courthouse, Chicago, Illinois and shall then and there present the attached **Motion to Strike Plaintiff's First Requests to Admit to Defendant Polk and Defendant Officer Herrig.**

s/Martha-Victoria Diaz
Martha-Victoria Diaz (ARDC:  6277374)
**SANCHEZ DANIELS & HOFFMAN LLP**
Attorneys for Defendants, HERRIG and POLK
333 West Wacker Drive
Suite 500
Chicago, Illinois 60606
(312) 641-1555

## PROOF OF SERVICE

I hereby certify that I electronically filed this Notice via the ECF System and that a true and correct copy will be served electronically to all attorney(s) of record and I served this Notice by mailing a copy to the above-listed Non-ECF participant at the address(es) indicated above from 333 West Wacker Drive, Suite 500, Chicago, Illinois 60606 at or before 5:00 p.m. on November 30, 2007 and that this statement as set forth is true and correct.

s/Martha-Victoria Diaz